AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
APR 0 4 2025
U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| United States of America <br> v. <br> JOSE ALEX CALDERON PAZ <br><br> *Defendant(s)* | Case No. 3:25mJ 35 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 24, 2024 in the county of Berkeley in the Northern District of West Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 924(a)(1)(A), 924(a)(1)(D) | False Statement During Purchase of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

LAUREN SCOLL, SPECIAL AGENT
Printed name and title

Sworn to before me and signed in my presence.

Date: April 4, 2025

_____
Judge's signature

City and state: Martinsburg, WV

Robert W. Trumble, United States Magistrate Judge
Printed name and title