UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
APR 15 2025
U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 3:25cr23 |
| JOSE ALEX CALDERON PAZ | Violations: 18 U.S.C. § 924(a)(1)(A) |
| Defendant. | 18 U.S.C. § 924(a)(1)(D) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(False Statement in Application for Firearm)

On or about December 24, 2024, in Berkeley County, in the Northern District of West Virginia, the defendant, **JOSE ALEX CALDERON PAZ,** knowingly, made a false statement and representation to a Federal Firearm Licensee, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the Licensee, in that the Defendant stated he was born in Nicaragua when he knew that he was born in El Salvador; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 924(a)(1)(D).

A True Bill,

/s/ _____
Grand Jury Foreperson

/s/ _____
RANDOLPH J. BERNARD
Acting United States Attorney

Kyle R. Kane
Assistant United States Attorney